

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  PLAINTIFF<br>v.<br>AARON SANDUSKY<br><br>  DEFENDANT(S). | CASE NUMBER<br><br>CR12-548-UA-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

Upon motion of  DEFENDANT , IT IS ORDERED that a detention hearing is set for  6/15/12 , at  1:30  ☐ a.m. / ☒ p.m. before the Honorable  OSWALD PARADA , in Courtroom  3 .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6-14-12

U.S. District Judge/Magistrate Judge